UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 18  2 29 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RICHARD C. GORDON<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:01CV1656(MRK) |
| v. | : |
| COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, ET AL. | : |
| *Defendants* | : November 14, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW the defendants requesting an extension of time up of fourteen (14) days up to and including December 1, 2003 to file a reply brief to plaintiff's opposition brief (Doc. # 46) to defendants' Motion to Dismiss (Doc. # 36). In support of their motion, the undersigned represents as follows:

1. The defendants filed their motion to dismiss and accompanying memorandum on or about August 19, 2003 (Doc. #s 36 and 37).

2. The plaintiff, after requesting an extension of time to file an opposition brief (Doc. # 41), filed his opposition brief on or about October 31, 2003).

3. The defendants wish to file a reply brief to plaintiff's opposition papers. The defendants reply brief is currently due on November 17, 2003.

4. Assistant Attorney General Joseph A. Jordano, who is the lead attorney in the above-captioned matter, is scheduled to begin a week-long trial in federal court in New Haven on Monday, November 17, 2003 and needs additional time to file a reply brief.

5.  Pursuant to Local Rule 7(b), plaintiff's counsel, Susan V. Wallace, Esq., has been contacted and she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request up to and including December 1, 2003 to file their reply brief.

>   DEFENDANTS
>   CONNECTICUT COMMISSION ON
>   HUMAN RIGHTS AND
>   OPPORTUNITIES, ET AL.,
>
>   RICHARD BLUMENTHAL
>   ATTORNEY GENERAL

By: _____
    David M. Teed
    Assistant Attorney General
    Federal Bar # ct09120
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel: (860) 808-5037
    Fax: (860) 808-5385
    E-mail: David.Teed@po.state.ct.us

2

## CERTIFICATION

The undersigned hereby certifies that on this 14th day of November, 2003, a true and accurate copy of the foregoing Motion to Dismiss was sent by U.S. Mail, first class postage prepaid, to the following:

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT 06457

and by interoffice mail to:

Joseph A. Jordano, AAG
55 Elm Street, 4th Floor
Hartford, CT 06106

David M. Teed
Assistant Attorney General

3