UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | November 21, 2003 |
| | : | |
| Defendants. | : | |

## ENDORSEMENT ORDER

Defendants' Motion For Extension Of Time To File Reply Brief (Doc. #48), dated November 14, 2003, is hereby **GRANTED**. Defendants' Reply Brief is due on or before December 1, 2003.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut: November 21, 2003**