UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | November 25, 2003 |
| | : | |
| Defendants. | : | |

## ORDER

The Court having conferred with the parties on November 24, 2003, regarding the above captioned case, the following schedule is ordered.

1. Plaintiff will file a Motion to Amend Complaint and a Supplemental Memorandum in Opposition to the Motion to Dismiss by **December 10, 2003**.

2. Defendant will file a response to Plaintiff's Supplemental Memorandum by **December 22, 2003**.

3. Plaintiff will file a reply to Defendant's response by **January 5, 2004**.

4. The parties will participate in a telephonic status conference with the Court on **May 5, 2004** at 10:30 a.m. Status reports will be filed with the Court by **April 29, 2004**, pursuant to the attached instructions.

IT IS SO ORDERED.

/s/      Mark R. Kravitz      
U.S.D.J.

**Dated at New Haven, Connecticut: November 25, 2003**

RE:     **CASE NO. 3:01CV1656 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **April 29, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                      BY ORDER OF THE COURT
                      KEVIN F. ROWE, CLERK