UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 24, 2003
2:00 p.m.

CASE NO. 3:01cv1656 MRK    Gordon v CHRO

Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


David Michael Teed
Attorney General's Office
Special Litigation
55 Elm St., Po Box 120
Hartford, CT 06141-0120


Susan V. Wallace
11 Blue Orchard Drive
Middletown, CT 06457


STATUS CONFERENCE HELD                 BY ORDER OF THE COURT
                                       KEVIN F. ROWE, CLERK
DATE: 11/24/03

20 min.