FILED

Dec 10  2 55 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GORDON | : | NO: 3:01cv1656(MRK) |
| Plaintiff | | |
| v. | : | JURY TRIAL DEMAND |
| | : | |
| CONNECTICUT COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES; | | |
| CYNTHIA WATTS ELDER, IN HER | : | |
| PERSONAL AND OFFICIAL CAPACITIES; | | |
| DONALD NEWTON, IN HIS PERSONAL | : | |
| AND OFFICIAL CAPACITIES; DR. PAMELA | | |
| LIBBY, IN HER PERSONAL AND OFFICIAL | : | |
| CAPACITIES | | |
| Defendants | : | DECEMBER 10, 2003 |

Plaintiff seeks a jury trial on all counts and all questions of fact and law of his Second Amended Complaint.

FOR THE PLAINTIFF,

Dated 12/10/03

Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Jury Trial Demand" has been served upon:

Joseph A. Jordano, AAG
State of Connecticut
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

on this __10th__ day of December, 2003, via

    \_\_\_\_ Regular U.S. Mail, first class, postage prepaid

    \_\_\_\_ U.S. Priority Mail

    \_\_\_\_ U.S. Express Mail or other overnight mail service

    \_\_\_\_ Facsimile

    \_\_\_\_ Hand-delivery

_/s/ Wallace_
Susan V. Wallace, Esq.

2