FILED
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT DEC 17   1 27 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

RICHARD A. GORDON,                  :    CIVIL ACTION NO. 3:01CV1656(MRK)
    *Plaintiff*

v.                                  :

COMMISSION ON HUMAN                 :
RIGHTS AND OPPORTUNITIES, ET AL.
    *Defendant*                    :    December 16, 2003

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW, the defendants, through counsel, and pursuant to Local Rule 7(b) hereby request an extension of time of thirty (30) days up to and including February 10, 2004 in which to serve responses to plaintiff's interrogatories and requests for production dated December 10, 2003 in the above-captioned matter. In support of this motion, the defendants represent as follows:

1.  The defendants need additional time to investigate the plaintiff's complaint and to compile responses to plaintiff's interrogatories and thirty five (35) production requests.

2.  Pursuant to Local Rule 7(b)(3), the undersigned attempted to contact opposing counsel Susan Wallace on several occasions, leaving voicemail messages on December 12, 2003 and December 15, 2003 and by a faxed letter on December 12, 2003. Opposing counsel has not responded to any communications and therefore her position on this motion could not be ascertained.

3.   This is the defendants' first request for additional time in which to file responses to these discovery requests.

WHEREFORE, the defendants respectfully request an additional thirty days, or until February 10, 2004, in which to file responses to plaintiff's first set of discovery requests.

DEFENDANTS
COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm St., P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

2

Susan Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT  06457

And by interoffice mail to:

David A. Teed
Assistant Attorney General
Attorney General's Office
55 Elm Street, 5th Floor
Hartford, CT  06141-0120

_____
Joseph A. Jordano