UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. GORDON, *Plaintiff* | : CIVIL ACTION NO. 3:01CV1656(MRK) |
| v. | : |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. *Defendant* | : |
| | : December 16, 2003 |

## MOTION FOR ADDITIONAL TIME IN WHICH TO FILE A REPONSIVE PLEADING TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW, the defendants, through counsel, and pursuant to Local Rule 7(b) hereby request an extension of time of FOURTEEN (14) days up to and including January 14, 2004 in which to file a responsive pleading to the Plaintiff's Second Amended Complaint. In support of this motion the Defendants show the court as follows:

1. On December 11, 2003 the plaintiff filed a *Second Amended Complaint*.

2. The Second Amended Complaint raises a new claim that was not included within the plaintiff's Amended Complaint.

3. The defense counsel is evaluating the Second Amended Complaint to determine what revisions, if any, will be made to the defendants' motion to dismiss.

4. Pursuant to Local Rule 7(b)(3), the undersigned attempted to contact opposing counsel Susan Wallace by phone. Opposing counsel has not yet responded to any communications and therefore her position on this motion could not be ascertained.

5. This is the defendants' first request for additional time in which to file a response to the plaintiff's Second Amended Complaint.

WHEREFORE, the defendants respectfully request an additional fourteen days, or until January 14, 2004, in which to file a response to plaintiff's Second Amended Complaint.

DEFENDANTS
COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing Defendants' Motion for Extension of Time file a response to the Plaintiff's Second Amended Complaint was mailed first class, postage prepaid, on this 16th day of December 2003 to the following:

Susan Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT  06457

And by interoffice mail to:

David A. Teed
Assistant Attorney General
Attorney General's Office
55 Elm Street, 5th Floor
Hartford, CT  06141-0120

Joseph A. Jordano
Assistant Attorney General