UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GORDON<br>    Plaintiff | : | NO: 3:01cv1656(MRK) |
| v. | : | |
| CONNECTICUT COMMISSION ON<br>HUMAN RIGHTS AND OPPORTUNITIES;<br>CYNTHIA WATTS ELDER, IN HER<br>PERSONAL AND OFFICIAL CAPACITIES;<br>DONALD NEWTON, IN HIS PERSONAL<br>AND OFFICIAL CAPACITIES; DR. PAMELA<br>LIBBY, IN HER PERSONAL AND OFFICIAL<br>CAPACITIES,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: | DECEMBER 17, 2003 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel moves for leave to withdraw her appearance in the above-captioned action on behalf of the Plaintiff Richard Gordon, because of a breakdown in the attorney-client relationship. Notice has been sent to Plaintiff as required by Local Rule 7(e).

SIGNED,

Dated 12-17-03

_____
Susan V. Wallace
~ *Attorney at Law* ~
11 Blue Orchard Drive
Middletown, CT 06457
Tel: (860) 704-0472  Fax: -0490
law4us@rcn.com
Fed Bar No. CT08134

**CERTIFICATION OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing "Motion for Leave to Withdraw Appearance" has been served upon:

Joseph A. Jordano, AAG
State of Connecticut
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120,
via U.S. Regular Mail, first class postage prepaid,

on this 17th day of December, 2003,

and to
Richard Gordon
1 Mayfair Court
Bloomfield, CT 06002,
via U.S. certified mail, return receipt requested, and U.S. Regular Mail, first class postage prepaid, and email.

/s/ V. Wallace
Susan V. Wallace, Esq.