UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Richard Gordon, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | NO.3:01cv1656 |
| | : | |
| Connecticut Commission on | : | |
| Human Rights and Opportunities, et al., | : | |
|       Defendants. | : | |

## NOTICE TO PLAINTIFF

By Motion dated December 17, 2003, Attorney Susan Wallace seeks Court permission to withdraw her appearance on your behalf [doc. #58]. Pursuant to D. Conn. L. Civ. R. 7(e), this Motion will remain under advisement until January 8, 2004 to give you the opportunity to retain replacement counsel. As you already have a *pro se* appearance in this case, please inform the Court by January 8, 2004 of your intention to proceed *pro se* or to engage new counsel on your behalf.

IT IS SO ORDERED.

                /s/        Mark R. Kravitz
                            U.S.D.J.

**Dated at New Haven, Connecticut: 23 December 2003**