UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. GORDON,<br>*Plaintiff* | : | NO. 3:01CV1656 (MRK) |
| v. | : | |
| COMMISSION ON HUMAN<br>RIGHTS AND OPPORTUNITIES<br>*Defendant* | :<br>: | DECEMBER 23, 2003 |

## DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW

The defendants have no objection to the request by Attorney Susan Wallace to withdraw as counsel for the plaintiff in the above matter. Defendants do request that the court set a firm deadline for the plaintiff to either retain new counsel or re-enter his appearance as a pro se plaintiff. Discovery in this case needs to proceed forthwith.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano (ct 21487)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120
PH: 860-808-5340
FAX: 860-808-5383

## CERTIFICATION

The undersign does hereby certify that on this 23rd day of December 2003, a true and accurate copy of the foregoing Defendants' Response to Motion to Withdraw was sent by first class United States mail, postage prepaid, to:

Susan Wallace
11 Blue Orchard Drive
Middletown, CT 06457

Joseph A. Jordano
Assistant Attorney General

2