UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion For Additional Time In Which To File A Responsive Pleading To the Plaintiff's Second Amended Complaint [doc. #57], and Defendants' Motion For Extension Of Time To Respond To Plaintiff's Interrogatories And Requests For Production [doc. #56], both dated December 16, 2003, are hereby **GRANTED**. Defendants shall file a response to plaintiff's Second Amended Complaint on or before **January 14, 2004**, and shall file responses to plaintiff's interrogatories and requests for production dated December 10, 2003, on or before **February 10, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2003