UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | NO. 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| v. | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | January 12, 2004 |

**DEFENDANTS MOTION FOR STATUS CONFERENCE**

COMES NOW the defendants and respectfully request that the Court order a status conference in the above-captioned matter. In support of their motion, the defendants represent as follows:

1. The matter was transferred to the Honorable Judge Mark R. Kravitz on August 22, 2003 (Doc. # 38).

2. A status conference was held on November 24, 2003 (Doc. 52). At said conference, the plaintiff was represented by counsel, Susan V. Wallace.

3. Since that conference, plaintiff's counsel has filed a motion to withdraw her appearance (Doc. # 58) based on breakdown of communication between client and counsel. The motion to withdraw is pending.

4. The Court sent notice (Doc. # 59) to the plaintiff that he should notify the court by January 8, 2004 that he was either retaining new counsel or proceeding pro se. No notice was apparently given the court and the defendants are under the assumption that the plaintiff is proceeding pro se.

5. A Second Amended Complaint was filed on December 10, 2003 (Doc. # 53).

6. The amended complaint has raised new issues and allegations. Additional discovery is needed to look at the new allegations raised.

7. The defendants, through counsel, have not attempted to contact the plaintiff inasmuch as they are not sure if he is proceeding pro se or is represented.

WHEREFORE, the defendants respectfully request a status conference for the purpose of resetting the discovery deadline and for the deadline for filing dispositive motions.

          DEFENDANTS,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: ( 860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Defendants' Motion for Status Conference was mailed, United States mail, first class postage prepaid, on this 12th day of January, 2004, to:

Richard Gordon,
1103 Yarrow Drive
Dayton, N.J. 08810

Susan V. Wallace, Esq.
11 Blue Orchard Drive
Middletown, CT  06457

          _____
Joseph A. Jordano
Assistant Attorney General

3