## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

### ORDER

The Motion For Leave To Withdraw Appearance [doc. #58] of Attorney Susan V. Wallace, dated December 17, 2003, is hereby **GRANTED**.


IT IS SO ORDERED.


/s/        Mark R. Kravitz
                U.S.D.J.


Dated at New Haven, Connecticut: January 21, 2004.