## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

### ORDER

Defendants' Motion For Status Conference [doc. #62], dated January 12, 2004, is hereby

**GRANTED**. A status conference will be held in Courtroom #4 on February 4, 2004 at 4:00 p.m.

If plaintiff fails to attend this status conference, the case may be dismissed.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                 U.S.D.J.

**Dated at New Haven, Connecticut: January 23, 2004**.