UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

**NOTICE**

The date of the status conference previously scheduled to be held in Courtroom #4 on February 4, 2004 at 4:00 p.m., has been changed to **Friday, February 6, 2004, at 4:00 p.m.** If plaintiff fails to attend this status conference, the case may be dismissed.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: **January 26, 2004**.