### UNITED STATES DISTRICT COURT
### DISTRICT OF  CONNECTICUT

RICHARD A. GORDON,                     :     CIVIL ACTION NO. 3:01CV1656(MRK)
    *Plaintiff*

    v.                                          :

COMMISSION ON HUMAN                    :
RIGHTS AND OPPORTUNITIES, ET AL.
    *Defendant*                              :     February 2, 2004

### MOTION FOR EXTENSION OF TIME TO  RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW, the defendants, through counsel, and pursuant to Local Rule 7(b) hereby request an extension of time of thirty (30) days up to and including March 10, 2004 in which to serve responses to plaintiff's interrogatories and requests for production dated December 10, 2003 in the above-captioned matter.  In support of this motion, the defendants represent as follows:

1.    The defendants have been diligently working on responses but need additional time to investigate the plaintiff's complaint and to compile responses to plaintiff's interrogatories and thirty five (35) production requests.

2.    Pursuant to Local Rule 7(b), the undersigned contacted counsel Igor Sikorsky, Jr., Esq., who was recently retained by the plaintiff, and he has NO OBJECTION to this motion.

3.    This is the defendants' second request for additional time in which to file responses to these discovery requests.

WHEREFORE, the defendants respectfully request an additional thirty days, or until March 10, 2004, in which to file responses to plaintiff's first set of discovery requests.

DEFENDANTS
COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm St., P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendants' Motion for Extension of Time  to Respond

to Plaintiff's Interrogatories and Requests for Production was mailed first class, postage prepaid,

on this 2nd day of February,  2004 to the following:

Igor Sikorsky, Jr., Esq.
P. O. Box 38
Unionville, CT  06085


And by interoffice mail to:

David A. Teed
Assistant Attorney General
Attorney General's Office
55 Elm Street, 5th Floor
Hartford, CT  06141-0120



_____
Joseph A. Jordano
Assistant Attorney General