UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Friday February 6, 2004
4:00 p.m.

CASE NO. **3:01cv1656 MRK**    **Gordon v CHRO**

Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

**STATUS CONFERENCE HELD**

DATE: 2/6/04

30 Min

David Michael Teed
Attorney General's Office
Special Litigation
55 Elm St., Po Box 120
Hartford, CT 06141-0120

Richard C. Gordon
1 Mayfair Court
Bloomfield, CT 06002
PRO SE

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK