UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

RICHARD A. GORDON

V.

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES           CASE NO. 3:01 CV 1656 (MRK)

To the Clerk of this Court and
all parties of record

    Enter my appearance as counsel
    in this case for

**Richard A. Gordon, Plaintiff**

February 13, 2004
Date

Signature

#04233
Connecticut Federal Bar Number

Igor I. Sikorsky, Jr.
Print Clearly or Type Name

(860) 675-5313
Telephone Number

P.O. Box 38, Unionville, CT 06085
Address

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Igor I. Sikorsky, Jr.