FILED

FEB 26  2 24 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. GORDON :
    Plaintiff, :
     :
V. :
     :
COMMISSION ON HUMAN :
RIGHTS AND OPPORTUNITIES : CASE NO. 3:01 CV 1656 (MRK)
    Defendants. :
     : FEBRURY 24, 2004

**MOTION BY CONSENT FOR
EXTENSION OF TIME AND MODIFICATION
OF EXISTING SCHEDULING ORDERS**

The plaintiff herein moves for an extension of time in the above-captioned case, with full agreement of the defendant as follows:

    1. Plaintiff shall have until May 15, 2004, to file a Motion to Amend Complaint.

    2. Plaintiff and defendant move for an extension of time to complete discovery until June 30, 2004.

    3. Defendant shall have until August 30, 2004, to file a Motion for Summary Judgment.

    4. Thereafter, the parties shall prepare appropriate pre-trial memoranda by 60 days after the Court's ruling on Summary Judgment.

PLAINTIFF

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed first-class, postage prepaid on February 24, 2004, to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Igor I. Sikorsky, Jr.