# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. GORDON | : | |
|     Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS AND OPPORTUNITIES | : | CASE NO. 3:01 CV 1656 (MRK) |
|     Defendants. | : | |
| | : | JUNE 21, 2004 |

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME FOR DISCOVERY

Plaintiff moves for an extension of time for all discovery to July 39, 2004. Defendant has no objection to this Motion.

PLAINTIFF

BY_____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed first-class, postage prepaid on this 21st day of June, 2004, to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                                                                                  _____
                                                                                                                Igor I. Sikorsky, Jr.