UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656 (MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Unopposed Motion For Extension Of Time For Discovery [doc. # 73], dated June 21, 2004, is hereby **DENIED** without prejudice for failure to comply with local rules which require a particularized showing that the party seeking the extension has acted with due diligence and that the reasons for the modification could not reasonably have been anticipated by the parties when they filed their proposed case management plan.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.