### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GORDON | : | CIV. NO. 3:01CV1656 (MRK) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS AND OPPORTUNITIES, ET AL. | : | June 28, 2004 |
| *Defendant* | : | |

### DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting for an order to modify the Scheduling Order to extend the time for filing of dispositive motions sixty (60) days to October 30, 2004. In support of this motion, the defendants represent as follows:

1.    The current Scheduling Order (Doc # 72, dated March 4, 2004) set the discovery deadline for June 30, 2004 and deadline for dispositive motions for August 30, 2004.

2.    Plaintiff's counsel, who filed his appearance in this instant matter on February 17, 2004 (Doc. # 70) spoke with the undersigned recently and represented that due to his caseload and the volume of material in the above-captioned case and some personal issues, he required more time to analyze the material and make some decisions about the case.

3.    Plaintiff's counsel requested additional time to complete discovery and indicated that he would most likely seek leave of court to file an amended complaint, which defense counsel believes is proper in this case.

4.     Plaintiff's counsel filed a motion for an extension of time dated June 21, 2004 (see attached) to extend the discovery deadline to August 30, 2004.

5.     The defendants have no objection to the plaintiff's motion and only ask that the summary judgment deadline be extended also consistent with the plaintiff's request for additional time.

6.     Defendants point out to the court that if the complaint is amended, it may reduce the need or length of a potential summary judgment motion, thereby saving the court's time and resources.

6.     Pursuant to Local Rule 7(c), the undersigned contacted opposing counsel, Igor Sikorsky, Jr., Esq., and he has NO OBJECTION to this motion.


WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the deadline filing of dispositive motions to October 30, 2004.

DEFENDANTS

COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     _____
        Joseph A. Jordano
        Assistant Attorney General
        Fed. Bar No. ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383

E-mail:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that the foregoing Motion for Modification of

the Scheduling Order was mailed, U.S. Mail, first class, postage pre-paid this  28th

day of June, 2004 to the following:

Igor I. Sikorsky, Jr., Esq.
P.O. Box 38
Unionville, CT  06085
Tel : (860) 675-5313

_____
Joseph A. Jordano
Assistant Attorney General