UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1656 (MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court having conferred with parties telephonically on July 23, 2004, Defendants' Motion For Modification Of Scheduling Order [doc. # 75], dated June 28, 2004, is hereby **GRANTED** as follows:

1. Plaintiff shall file any and all amendments to the Complaint no later than **August 10, 2004**.

2. Plaintiff will produce to Defendants all documents responsive to Defendants' document requests, including all documents that Plaintiff agreed to produce to Defendants no later than **August 12, 2004**.

3. Defendants will complete plaintiff's deposition on **August 19, 2004**.

4. **Discovery:** All discovery, expert and fact, will be completed (not just propounded) by **September 15, 2004**:

    **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

5. Defendants will file dispositive motions no later than **November 10, 2004**.

6. Plaintiff will respond to Defendants' dispositive motions no later than **December 10, 2004**.

7. Defendants will file their reply to Plaintiff's response no later than **December 31, 2004**.

**THESE DEADLINES WILL NOT BE EXTENDED FOR ANY REASON.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 27, 2004.