UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. GORDON | : | |
|     Plaintiff, | : | CASE NO. 3:01 CV 1656 (MRK) |
| | : | |
| V. | : | |
| | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS AND OPPORTUNITIES | : | |
|     Defendants. | : | AUGUST 9, 2004 |

## MOTION FOR PERMISSION TO AMEND COMPLAINT

Plaintiff herewith, following the telephonic conference with the Court, herewith moves to amend the existing Complaint denominated "Second Complaint," dated December 10, 2003. In order to facilitate this process, plaintiff asserts to Court and to counsel that the changes are minor and technical as to dates and titles, except for paragraph 45, which is changed as to the name and gender and race of the individual asserted therein. Copies of the amended notes have been furnished opposing counsel to allow defense counsel the maximum opportunity to review and either agrees to not oppose the amendment or to specify their objections.

PLAINTIFF,


BY_____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed first-class, postage prepaid on this 9th day of August, 2004, to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Mr. Richard Gordon
1 Mayfair Court
Bloomfield, CT 06002

**And**

1103 Yarrow Circle
Dayton, NJ 08810

_____
Igor I. Sikorsky, Jr.