## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GORDON | : | CIV. NO. 3:01CV1656 (MRK) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS AND OPPORTUNITIES, ET AL. | : | November 8, 2004 |
|    *Defendant* | : | |

## DEFENDANTS' MOTION FOR AN ADDITIONAL 2 DAYS IN WHICH TO FILE SUMMARY JUDGMENT

COMES NOW the defendants, and through counsel, respectfully requesting an additional two business days or until 5:00 p.m. on Monday, April 15, 2004, in which to file its summary judgment materials.

1. The current deadline for defendants summary judgment is November 10, 2004.

2. Defense counsel's office paralegal who handles the a logistics of preparing  summary judgments (organizing exhibits, copying, marking, etc.), including the scanning of exhibits onto a CD Rom, was unexpectedly injured this past week and will be not be at work for at least a week, if not longer.

3. Defense counsel requests the two additional business days because it will take some more time to get the summary judgment materials for the court prepared. Additionally, defense counsel is out of the office in federal court on Tuesday, 11/9/04, and Thursday, 11/11/04, is a holiday for which state offices are closed.

4.	The defendants will file their summary judgment along with a notice of manual filing for the exhibits. Arrangements are being made to scan the exhibits and defense counsel will supply that information to the clerk as soon as possible, if so desired.

6.	Pursuant to Local Rule 7(c), the undersigned contacted opposing counsel, Igor Sikorsky, Jr., Esq., and he has NO OBJECTION to this motion.

7.	This is counsel's first request since the court set the schedule after the status conference.

WHEREFORE, the defendants respectfully request a short two business day extension of time, until November 15, 2004, in which to file its summary judgment.

DEFENDANTS

COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:	_____
Joseph A. Jordano
Assistant Attorney General
Fed. Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that the foregoing Motion for a Two Business Day Extension of Time was mailed, U.S. Mail, first class, postage pre-paid this 8th day of November, 2004 to the following:

Igor I. Sikorsky, Jr., Esq.
P.O. Box 38
Unionville, CT  06085
Tel : (860) 675-5313

                                                                                                    _____
                                                                                                    Joseph A. Jordano
                                                                                                    Assistant Attorney General