# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL NO.  3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | November 9, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants pursuant to Rule 56 of the Federal Rules of Civil

Procedure, hereby move for summary judgment in their favor because the evidence submitted

herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law,

the Plaintiff cannot sustain his burden of proof that the Defendants have violated his rights under

federal law.  Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a

memorandum of law in support of the present motion.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

1

## <u>CERTIFICATION</u>

The undersigned hereby certifies that on the 10th day of November, 2004, a true and accurate copy of the foregoing Defendants' Motion for Summary Judgment was sent by United State mail, postage prepaid, to the following:

      Igor I. Sikorsky, Jr., Esq.
      P.O. Box 38
      Unionville, CT 06085

                                    _____
                                    Joseph A. Jordano
                                    Assistant Attorney General