# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL NO. 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | November 10, 2004 |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length memorandum of law in support of their Motion for Summary Judgment. Defendant seeks permission to file the attached 62 page memorandum of law inasmuch as additional space was required to address all of the claims raised in this action by the plaintiff.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

# **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion to Exceed Page Limit was sent via first class mail, postage prepaid, this 9th day of November, 2004, to:

>Igor I. Sikorsky, Jr., Esq.
>P.O. Box 38
>Unionville, CT 06085

_____
Joseph A. Jordano
Assistant Attorney General