UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GORDON, | : | CASE NO. 3:01CV1656 (MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS AND OPPORTUNITIES, | : | |
| ET AL, | : | |
| *Defendants.* | : | November 10, 2004 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1   Third Amended Complaint, dated August 23, 2004 (48 pages);

Exhibit 2   Defendants' Answer and Affirmative Defenses to Third Amended Complaint, dated August 31, 2004 (13 pages);

Exhibit 3   DAS Response to EEOC Charge No. 161A00670, dated January 5, 2001, with attachments (117 pages);

Exhibit 4   CHRO Response to EEOC Charge No. 60aa03437, dated August 29, 2000, with attachments (83 pages);

Exhibit 5   Performance Appraisal for Richard Gordon, dated September 1, 2000 (2 pages);

Exhibit 6   Letter dated December 22, 2000 from Leanne Appleton to Gordon, with attachments (22 pages);

Exhibit 7   Memorandum dated February 1, 2001 from Femi Bogle-Assegai to Donald Newton;

Exhibit 8   Grievance Form filed by Gordon, dated July 7, 2000;

Exhibit 9   Step III Answer re: OLR Case No. 12-4800, dated December 15, 2000;

Exhibit 10  Step III Response re: Grievance No. 12-00945, dated March 13,

2001;

Exhibit 11    Handwritten notes of Richard Gordon, dated March 16, 2001;

Exhibit 12    Letter dated September 7, 2004 from John D'Auria, personnel director, city of Newark, to Attorney General's Office with attached personnel records of Richard Gordon (5 pages);

Exhibit 13    Form W-4 (2001) form for Richard Gordon, dated April 9, 2001;

Exhibit 14    Employment Eligibility Verification form for Richard Gordon, dated April 9, 2001;

Exhibit 15    Letter dated April 5, 2001 from Richard Gordon to Cynthia Watts Elder;

Exhibit 16    Letter dated April 11, 2001 from Leanne Appleton to Gordon (2 pages);

Exhibit 17    Request for Leave of Absence Without or With Pay, dated March 29, 2001;

Exhibit 18    Letter dated April 12, 2001 from Appleton to Gordon (2 pages);

Exhibit 19    Letter dated April 6, 2001 from Gordon to Watts Elder (4 pages);

Exhibit 20    Affidavit of Shaddy W. F. Kessing, dated October 25, 2004 with attachments (18 pages);

Exhibit 21    Letter dated April 9, 2001 from Kessing to Donald Newton with attachments (5 pages);

Exhibit 22    Authorization and Release form signed by Gordon, dated January 2, 2000;

Exhibit 23    Letter dated May 1, 2001 from Newton to Kessing with attachments (11 pages);

Exhibit 24    Letter dated May 10, 2001 from Newton to Gordon;

Exhibit 25    Memorandum from Robert Brothers Jr. to Donald Newton with attachments (50 pages);

Exhibit 26    Letter dated May 21, 2001 from Susie Carlson to Gordon;

Exhibit 27    Letter dated May 31, 2001 from Gordon to CHRO;

| | |
|---|---|
| Exhibit 28 | Letter dated May 31, 2001 from Daniel B. Horwitch to Attorney Carlton Hume; |
| Exhibit 29 | Letter dated June 27, 2001 from Howard E. Emond, Jr. to Horwitch; |
| Exhibit 30 | Letter dated June 28, 2001 from Horwitch to Gordon; |
| Exhibit 31 | Certified letter dated September 6, 2001 from Watts Elder to Gordon, with attachments (14 pages); |
| Exhibit 32 | Letter dated January 11, 2002 from Nancy Wyman to Watts Elder with attachments (5 pages); |
| Exhibit 33 | Stipulation of Facts and Disposition re: UPL # 00-034, dated July 9, 2002, with attached Proposed Decision (4 pages) |
| Exhibit 34 | Handwritten notes of Richard Gordon, various dates (10 pages); |
| Exhibit 35 | Letter dated August 3, 1999 from Roland M. Smith to Gordon, with attached letter from Smith to Watts Elder, dated September 4, 1999 (2 pages); |
| Exhibit 36 | Excerpts from deposition of Richard Gordon, Vol. I, dated January 28, 2001 (sic); |
| Exhibit 37 | Excerpts from deposition of Richard Gordon, Vol. II, dated September 30, 2002; |
| Exhibit 38 | Excerpts from deposition of Richard Gordon, Vol. III, dated February 23, 2004; |
| Exhibit 39 | Excerpts from deposition of Richard Gordon, Vol. IV, dated July 22, 2004; |
| Exhibit 40 | Excerpts from deposition of Richard Gordon, Vol. V, dated August 19, 2004; |
| Exhibit 41 | Affidavit of Robert Brothers, Jr., dated November 2, 2204: |
| Exhibit 42 | Affidavit of Susie Carlson, dated November 2, 2004: |
| Exhibit 43 | Affidavit of Donald Newton, dated November 4, 2004; |

| | |
|---|---|
| Exhibit 44 | Affidavit of Dr. Pamela Libby, dated November 4, 2004; |
| Exhibit 45 | DAS Job Exam Record for Paula Ross (10 pages); |
| Exhibit 46 | Defendants' Response to Plaintiff's Interrogatories, dated September 2, 2004; |
| Exhibit 47 | Memorandum dated May 5, 1999 from Bogle-Assegai to Watts Elder; |
| Exhibit 48 | Scope Study Job Duties Questionaire by Stacey Owens; |
| Exhibit 49 | Excerpts from deposition of Femi Bogle Assegai, dated January 20, 2004; |
| Exhibit 50 | Excerpts from deposition of Femi Bogle Assegai, dated August 5, 2004. |
| Exhibit 51 | July 1999 *Journal Inquirer* Article. |
| Exhibit 52 | Deposition of Monica Reid, dated July 3, 2003 |

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 10th day of November, 2004, a true and accurate copy of the foregoing was sent by United State mail, postage prepaid, to the following:

Igor I. Sikorsky, Jr., Esq.
P.O. Box 38
Unionville, CT 06085

_____
Joseph A. Jordano
Assistant Attorney General

5