**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


RICHARD C. GORDON        :   CIVIL NO.  3:01CV1656(MRK)
   *Plaintiff*           :
                       :
   v.                 :
                       :
COMMISSION ON HUMAN RIGHTS   :
AND OPPORTUNITIES, ET AL.   :
   *Defendants*        :   November 10, 2004


## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Commission on Human Rights and Opportunities,

have manually filed the following documents or things:

**Exhibits 1 – 52.**


These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)
       or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____

      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar # ct21487
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: 860-808-5340
      Fax: 860-808-5383
      E-mail: Joseph.Jordano@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of  Manual Filing was mailed in

accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of

November, 2004, first class postage prepaid to:

    Igor I. Sikorsky, Jr., Esq.
    P.O. Box 38
    Unionville, CT 06085


                   _____
                   Joseph A. Jordano
                   Assistant Attorney General