FILED
2004 NOV 30 P 2: 20
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. GORDON
    Plaintiff,

V.

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES
    Defendants.

CASE NO. 3:01 CV 1656 (MRK)

NOVEMBER 27, 2004

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Plaintiff herewith moves for an extension of time until January 19, 2005, in order to respond to the Summary Judgment Motion filed by defendant. Defendant has filed a Motion for Summary Judgment dated November 10, 2004. Plaintiff moves herein for a substantial extension of time and in support of said Motion, states the following:

1. Plaintiff has long-standing plans and a commitment to travel to Poland, leaving late November 30, and returning December 16. These plans were made long before the receipt of the defendant's Motion for Summary Judgment, and therefore, coupled with the holiday season, make a timely response within 30 days impossible.

2. In addition, it should be noted that the filing by the State is a massive document which they moved for permission to file beyond the normal size. There are well over 50 exhibits and

there have been five full days of depositions of the plaintiff. Therefore, the Summary Judgment Motion itself is a massive document which cannot be quickly responded to.

3. Finally, it should be noted that in 48 years of practice I have never seen a longer or more detailed summary judgment, which stands about 3" high of paper and substantial details which necessitate more time than would be normally anticipated.

4. Plaintiff has conferred with opposing counsel who has no objection to the granting of this Motion under the circumstances set forth herein.

Wherefore, plaintiff moves for an extension of time to respond to the Summary Judgment Motion filed by the defendant until Wednesday, January 19, 2005.

RESPECTFULLY SUBMITTED,

PLAINTIFF

BY _____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar #04233

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed first-class, postage prepaid on this 29th day of November, 2004, to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Igor I. Sikorsky, Jr.

-3-