UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. GORDON : | |
| Plaintiff, : | CASE NO. 3:01 CV 1656 (MRK) |
| : | |
| V. : | |
| : | |
| COMMISSION ON HUMAN : | |
| RIGHTS AND OPPORTUNITIES : | |
| Defendants. : | JANUARY 17, 2005 |

## MOTION FOR EXTENSION OF TIME

This is the <u>second</u> Motion for Extension of Time made by the plaintiff. Previous Orders of this court have set January 19, 2005 as the time for response to the Summary Judgment motion filed by the defendants. Plaintiff makes this motion and asserts in support thereof the following:

1. Plaintiff is aware that this is the second such motion and also that the court does not routinely grant such motions. Plaintiff asserts that this is an unusual situation and justifies this request for an extension of time for two weeks.

2. Already noted in pleadings, this is an extraordinarily detailed and complex motion raising at least ten separate legal issues, but more importantly, raising an inordinate number of factual issues. The motion is the most extensive, detailed and fact intensive which counsel has encountered in some five decades.

3. Counsel is dependent on the plaintiff for the affidavit in response since the Summary Judgment motion is so detailed in its factual allegations.

4. Richard Gordon, plaintiff in this action, is an attorney and he now practices in the Public Defender's Office in New Jersey. He has informed me that he has been on trial for two weeks and therefore has not been able to provide counsel with the affidavit which only he can prepare and sign.

5. In addition, counsel points out that during the intervening period of the first extension, plaintiff was in Poland 17 of those days and part of the time also fell during the holiday season. Finally, he had a Summary Judgment from a state court proceeding to deal with.

6. Defendant's counsel has been contacted and indicated no opposition to this Motion.

WHEREFORE, plaintiff requests an extension of time to file the responsive pleading until February 4, 2005.

                                        PLAINTIFF,

                    BY_____
                                        Igor I. Sikorsky, Jr.
                                        P.O. Box 38
                                        Unionville, CT 06085
                                        (860) 675-5313
                                        Fed. Bar #04233

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed first-class, postage prepaid on this 17th day of January to the following:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Mr. Richard Gordon
1 Mayfair Court
Bloomfield, CT 06002

**And**

1103 Yarrow Circle
Dayton, NJ 08810

                                        _____
                                        Igor I. Sikorsky, Jr.