UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -3 P 12: 28
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| RICHARD C. GORDON : | CIVIL NO. 3:01CV1656(MRK) |
| Plaintiff : | |
| : | |
| V. : | |
| : | |
| COMMISSION ON HUMAN RIGHTS : | |
| AND OPPORTUNITIES, ET AL. : | |
| Defendants : | January 31, 2005 |

### PLAINTIFFS MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Plaintiff hereby moves pursuant to Local Rule 7(a) to file an over length memorandum of law in opposition to Defendants Motion for Summary Judgment. Defendant seeks permission to file the attached memorandum of law and factual affidavit inasmuch as additional space was required to address all of the claims raised in this action by the Defendant.

Plaintiff
By _____
Igor I. Sikorsky, Jr.
P. O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar No.04233

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON<br>    Plaintiff | : | CICIL NO. CV1656(MRK) |
| V. | : | |
| COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, ET AL.<br>    Defendants | :<br>:<br>: | January 31, 2005 |

## C E R T I F I C A T I O N

    This is to certify that plaintiffs Motion for leave to file Hard Copy and Motion to exceed page limits was mailed postage prepaid to Attorney Joseph A. Jordano, Assistant Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120

                                    Respectfully submitted

                                    Igor I. Sikorsky, Jr.
                                    P.O. Box 38
                                    Unionville, CT 06085
                                    (860) 675-5313
                                    Fed. Bar No. 04233