UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. GORDON, | : | CIVIL ACTION NO. 3:01CV1656(MRK) |
| *Plaintiff* | | |
| v. | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| *Defendant* | : | February 8, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW, the defendants, through counsel, and hereby request a seven (7) day extension of time to and including February 25, 2005 in which to file a reply brief in response to plaintiff's opposition to defendant's motion for summary judgment. In support of this motion, the defendants represent as follows:

1. The defendants filed their motion for summary judgment and supporting papers on November 10, 2004 (Doc. #s 83-86, 89).

2. The plaintiff filed two motions (Doc. #s 90 and 92) for extension of time to file his response.

3. The plaintiff filed a motion for leave to file excess pages (Doc. # 94) with the Court on February 3, 2005. The defendants' counsel received plaintiff's opposition papers on February 4, 2005.

4.  The undersigned's reply brief is due February 18, 2005.  The defendant is currently preparing a motion to strike portions of plaintiff's Rule 56(a)2 submission and requires additional time in which to finalize the papers.

5.  Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Igor Sikorsky, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including February 25, 2005 in which to file a reply brief in response to plaintiff's opposition papers.

    DEFENDANTS
    COMMISSION ON HUMAN
    RIGHTS AND OPPORTUNITIES,
    ET AL.

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

BY: _____
    Joseph A. Jordano
    Assistant Attorney General
    Federal Bar No. ct21487
    55 Elm St., P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing Defendants' Motion for Extension of Time to File Reply Brief was mailed first class, postage prepaid, on this 8th day of February, 2005 to the following:

Igor Sikorsky, Esq.
P.O. Box 38
Unionville, CT  06085

And by interoffice mail to:

David A. Teed
Assistant Attorney General
Attorney General's Office
55 Elm Street, 5th Floor
Hartford, CT  06141-0120

_____
Joseph A. Jordano
Assistant Attorney General