UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD GORDON : | CIV. NO. 3:01CV1656 (MRK) |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| COMMISSION ON HUMAN : | |
| RIGHTS AND OPPORTUNITIES, ET AL. : | |
| *Defendants* : | February 10, 2005 |

**MOTION TO STRIKE THE PLAINTIFF'S
RULE 56(a)(2) STATEMENT**

COME NOW the defendants and move to strike the plaintiff's Rule 56(a)(2) statement of facts because: (1) the plaintiff has failed to comply with the Local Rule requiring a separate section that sets forth facts, supported by evidence, establishing disputed issues of material fact; and (2) the plaintiff's admission or denial of the Movant's Rule 56(a)(1) statement is based on mere argument, speculation, hearsay statements or statements unsubstantiated by admissible evidence or affidavits as required by Local Rule 56(a)(3); and (3) the plaintiff's assertions in his Rule 56(a)(2) response are inadmissible for other evidentiary reasons.

Specifically, the defendants move to strike all of the paragraphs from the Plaintiff's Rule 56(a)(2) statement as referenced in Addendum "A" attached to this motion . The defendants oppose giving the plaintiff any more time to correct or amend his submission because he has already had two extensions of time.

WHEREFORE the defendants move for an order striking the above mentioned paragraphs.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that on the 10th day of February, 2005, a true and accurate copy of the foregoing Defendants' Motion to Strike Plaintiff's Rule 56(a)(2) statement was sent by United State mail, first class postage prepaid, to the following:

Igor Sikorsky, Esq.
P.O. Box 38
Unionville, CT 06085

_____
Joseph A. Jordano
Assistant Attorney General

2