# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL NO. 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | February 14, 2005 |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Defendants, State of Connecticut, Commission on Human Rights and Opportunities, et al., hereby move pursuant to Local Rule 7(a) to file an over length reply brief in response to plaintiff's opposition to defendants' Motion for Summary Judgment. Defendant seeks permission to file the attached 11-page reply brief in order to address all issues presented by the plaintiff.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

# **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion to Exceed Page Limit was sent via first class mail, postage prepaid, this 14th day of February, 2005, to:

    Igor I. Sikorsky, Jr., Esq.
    P.O. Box 38
    Unionville, CT 06085

    _____
    Joseph A. Jordano
    Assistant Attorney General