UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV1656 (MRK) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons stated in the Court's oral ruling transmitted during an on-the-record telephonic conference between the parties on July 29, 2005, the Court GRANTS Defendants' Motion for Summary Judgment [doc. #83] on Plaintiff's federal claims, and declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Furthermore, the Court GRANTS IN PART Defendant's Motion to Strike Plaintiff's Rule 56(a)(2) Statement [doc. #98]. Accordingly, judgment shall enter for Defendants on Plaintiff's federal claims, Plaintiff's state law claims are dismissed without prejudice to renewal in state court, and the Clerk is directed to close this file.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 29, 2005.**