UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD C. GORDON : | |
| : | CIVIL ACTION NO. |
| Plaintiff : | 3:01CV1656 (MRK) |
| : | |
| v. : | |
| : | |
| COMMISSION ON HUMAN RIGHTS : | |
| AND OPPORTUNITIES, : | |
| CYNTHIA WATTS ELDER, : | |
| DONALD NEWTON, : | |
| LEANNE APPLETON, : | |
| PAM LIBBY, : | |
| : | |
| Defendants. : | |

## JUDGMENT

_____This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 29, 2005, entered an Order on the defendants' Motion for Summary Judgment granting the relief as to the federal claims and dismissing the state law claims without prejudice to renewal in state court.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of August, 2005.

KEVIN F. ROWE, CLERK
By

/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____