UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL ACTION NO. |
| | | 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | September 7, 2005 |

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted by the Court on July 29, 2005 (Doc. # 114). Judgment in this matter was entered on August 2, 2005. (Doc. # 116). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that:

    a.    The court assess costs in this action in the amount of $ 3,623.04 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 39) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the above.

    c.    The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

                                              DEFENDANTS

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

                      BY:        _____
                                              Joseph A. Jordano
                                              Assistant Attorney General
                                              Federal Bar # ct21487
                                              55 Elm Street, P.O. Box 120
                                              Hartford, CT  06141-0120
                                              Tel:  (860) 808-5340
                                              Fax: (860) 808-5383
                                              E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this _____ day of September, 2005 to all counsel of record.

       Igor Sikorsky, Esq.
       PO Box 38
       Unionville, CT  06085
       Tel.: (860) 675-5313

and hand delivered to:

       David M. Teed, AAG
       Attorney General's Office
       55 Elm Street, 5th Floor
       Hartford, CT 06141-0120

                                              _____
                                              Joseph A. Jordano
                                              Assistant Attorney General

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL ACTION NO. 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | September 7, 2005 |

### BILL OF COSTS

1. Fees of the Court Reporter .......................................... $ 643.75
   Deposition of Richard C. Gordon, Vol. I, dated
   January 28, 2002 -- invoice attached

2. Fees of the Court Reporter .......................................... $ 645.00
   Deposition of Richard C. Gordon, Vol. II, dated
   September 30, 2002 -- invoice attached

3. Fees of the Court Reporter .......................................... $ 596.75
   Deposition of Richard C. Gordon, Vol. III, dated
   February 23, 2004 -- invoice attached

4. Fees of the Court Reporter .......................................... $ 810.00
   Deposition of Richard C. Gordon, Vol. IV, dated
   July 22, 2004 -- invoice attached

5. Fees of the Court Reporter .......................................... $ 502.50
   Deposition of Richard C. Gordon, Vol. V, dated
   August 19, 2004 -- invoice attached

6. Fees of the Court Reporter …………………………. $ 352.50
   Deposition of Monica Reid, dated
   July 3, 2003 – invoice attached

7. Fees of the State Marshal….. ………………………… $ 41.44
   Subpoena for Monica Reid for attendance at
   deposition, service date May 13, 2003
   -- invoice attached

3

8. Fees of the State Marshal………………………………. $ 31.10
    Subpoena for records of the plaintiff,
    date of service requested August 23, 2004
    -- invoice attached

        **TOTAL**        **$ 3,623.04**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL ACTION NO. |
| | | 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | September 7, 2005 |

**CERTIFICATION**

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Joseph A. Jordano
Assistant Attorney General

Subscribed to and sworn to before me by the above affiant on this the _____ day of September, 2005.

_____
Notary Public/Commissioner of the Superior Court