JAJ

# Brandon Smith Reporting Service, LLC

11-A Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/6/2002 | 963595 |

**BILL TO**
Office of the Attorney General
Joseph A. Jordano, Esq.
55 Elm Street
Hartford, Ct. 06106

**SHIP TO**

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 30 | Jordano |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | In re: Richard Gordon vs. State of Connecticut, Commission on Human Rights and Opportunities<br>Depo of: Richard Gordon<br>1/28/02 |  |  |
| 145 | Transcript pages: Original and 2 copies | 4.00 | 580.00 |
|  | Multipage condensed transcript | 30.00 | 30.00 |
|  | Appearance | 80.00 | 80.00 |
|  | Shipping and Handling | 8.00 | 8.00 |

Cathy Dabakis

**Total**  $698.00

Please return one copy with your payment. We accept Mastercard, Visa, American Express.

# Brandon Smith Reporting Service, LLC        Invoice

11-A Capitol Avenue

Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, October 25, 2002 | 269pr |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103


RECEIVED OCT 28 2002 ATTORNEY GENERAL'S OFFICE

Phone:    (860) 808-5340    Fax:

| | |
|---|---|
| Witness: | Gordon, Richard |
| Case: | Gordon vs. State of Ct. |
| Venue: | |
| Case #: | |
| Date: | 9/30/2002 |
| Start Time: | 1:00 PM |
| End Time: | :0 |
| Reporter: | Margaret Sharpe |
| Claim #: | |
| File #: | 1291ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 152 | $600.40 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $675.40 |
| Payments | | $0.00 |
| Balance Due | | $675.40 |

Fed. I.D. # 06-1448649

*We accept Mastercard, Visa and American Express.*

**PRIORITY**   **PAST DUE**

# Brandon Smith Reporting Service, LLC          Invoice

44 Capitol Avenue  
Suite 203  
Hartford, CT 06106  
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, March 04, 2004 | 1747pr |

Joseph A Jordano  
Attorney General  
55 Elm Street  
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340     Fax: |
| Witness: | Gordon, Richard |
| Case: | Gordon vs CHRO |
| Venue: | |
| Case #: | 3:01CV1656(MRK) |
| Date: | 2/23/2004 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Judy Freer |
| Claim #: | |
| File #: | 2690BL |

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Original and two copies | 139 | $549.05 |
| Sub Total | | $624.05 |
| Payments | | $0.00 |
| Balance Due | | $624.05 |

Fed. I.D. # 06-1448649  
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, August 02, 2004 | 11869BL |

Joseph A Jordano
Attorney General
55 Elm Street
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340     Fax: |
| Witness: | Gordon, Richard |
| Case: | Gordon vs CHRO |
| Venue: | |
| Case #: | 3:01CV1656(MRK) |
| Date: | 7/22/2004 |
| Start Time: | 10:05 AM |
| End Time: | 3:55 PM |
| Reporter: | Irene Parrish |
| Claim #: | |
| File #: | 16180ss |

| Description | Quan | Total |
|---|---|---|
| Original and Two | 196 | $774.20 |
| Attorney General - Appearance | 1 | $75.00 |
| Sub Total | | $849.20 |
| Payments | | $0.00 |
| Balance Due | | $849.20 |

*[handwritten: Please Pay / signature / 8/3/04]*

Fed. I.D. # 06-1448649
**We accept Visa, Mastercard and American Express!**

# Brandon Smith Reporting Service, LLC                Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, August 27, 2004 | 12313BL |

Joseph A Jordano
Attorney General
55 Elm Street
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340    Fax: |
| Witness: | Gordon, Richard |
| Case: | Gordon vs CHRO |
| Venue: | |
| Case #: | 3:01CV1656(MRK) |
| Date: | 8/19/2004 |
| Start Time: | 10:04 AM |
| End Time: | 12:22 PM |
| Reporter: | Jill Hudon |
| Claim #: | |
| File #: | 16885ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and One | 106 | $418.70 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $523.70 |
| Payments | | $0.00 |
| Balance Due | | $523.70 |

Fed. I.D. # 06-1448649

We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 17, 2003 | 5271rr |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103

| | |
|---|---|
| Phone: | (860) 808-5340    Fax: |
| Witness: | Reid, Monica |
| Case: | Gordon vs CHRO |
| Venue: | |
| Case #: | |
| Date: | 7/3/2003 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Bethany Carrier |
| Claim #: | |
| File #: | 6715ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 74 | $292.30 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $367.30 |
| Payments | | $0.00 |
| Balance Due | | $367.30 |



*Please pay.*
*J Jordan*
*6/21/04*



RECEIVED JUL 17 2003 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

**00845728**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00845728 | (5) DOCUMENT AMOUNT $41.44 |
|---|---|---|---|---|
| (6) DOCUMENT DATE 5-6-03 | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 081301251 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE / ADDRESS / CITY:
Allan DeLorenzo
CT State Marshal
112 Cottage Grove Rd
Bloomfield, CT 06002

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO
(16) ARE YOU A NON-PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION: Subpoena - Monica Reid

(18) DESCRIPTION:
Richard Gordon (3:01CV1656SRW)
vs. Commission on Human Rights
Service of subpoena on
Monica Reid at one Mayfair
Court, Bloomfield CT on
May 13, 2003 by in hand service.

| Description | Quantity | Units | Unit Price | Amount |
|---|---|---|---|---|
| Pages | 2 | per pg | 1.00 | 2.00 |
| End | 1 | per end | .40 | .80 |
| Service | 1 | per df | 30.00 | 30.00 |
| Travel | 24 | per mile | .36 | 8.64 |
| **TOTAL** | | | | **$41.44** |

Signature 5/20/03

(33) AGENCY NAME AND ADDRESS:
Office of the Attorney General
55 Elm Street
Hartford, CT 06141-0120

DISTRIBUTION: WHITE - COMPTROLLER   CANARY - AGENCY




RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5340
Fax: (860) 808-5385

August 23, 2004

Essex County Sheriff
New Courts Building
50 Nelson Place
Room 207
Newark, NJ 07102

RE:   *Richard C. Gordon v. State of Connecticut,*
      *Commission on Human Rights and Opportunities, et al.*

Dear Sir or Madam:

Per my conversation with your office on August 23, 2004, attached please find a federal Subpoena to be served on Peggy Edgerton, Custodian of Records for the City of Newark. Also attached is a check (number 12756) in the amount of $31.10 for delivery expense of this Subpoena. After the service of this Subpoena is complete, kindly return the original executed Subpoena to my attention at 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120.

Thank you for your time and attention given to this matter. If you have any questions regarding the attached, please feel free to contact me at (860) 808-5340.

Very truly yours,

Joseph A. Jordano
Assistant Attorney General

JAJ:la
Attachment

P.S.  Please supply me with your TAX ID number; my business office
      needs it for its records. Thank you.

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF New Jersey

Richard C. Gordon

V.

Commission on Human Rights
& Opportunities, et al.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:01CV1656
Pending District of Connecticut

TO: Peggy Edgerton, Custodian of Records or Her Successor, CIty of Newark Records Division, Room 212, 820 Broad Street, Newark, NJ 07102

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
The complete personnel file and payrolls records of Richard C. Gordon, SSN: 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, DOB 5:20-1957 as assistant city attorney with Newark, NJ.
SEND COPY OF ACTUAL FILE

| PLACE  OFFICE OF THE ATTORNEY GENERAL  55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 | DATE AND TIME  September 7, 2004 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  [signature]  Joseph A. Jordano, Asst. Attorney General | DATE  August 23, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
OFFICE OF THE ATTORNEY GENERAL
55 Elm St., P.O. Box 120, Hartford, CT 06141-0120    Tel: (860) 808-5340

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST.  PH. 860-808-5087
HARTFORD, CT  06106

12756
51-57/119

DATE 8/24/04

PAY TO THE ORDER OF: Essex County Sheriff Department     $ 31.10

Thirty one dollars & 10/100 — — —     DOLLARS

Fleet
www.fleet.com
04205  Government Banking

FOR _____

⑈012756⑈ ⑆011900571⑈ 93950 55516⑈