UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD C. GORDON

    VS.                                                        CIVIL 3:01CV1656(MRK)

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, ET AL

RULING ON DEFENDANT'S BILL OF COSTS

Judgment entered for the defendant, Commission on Human Rights and Opportunities, on August 2, 2005 after a ruling entered granting defendant's motion for summary judgment. Defendant filed a Bill of Costs on September 8, 2005 and no objection has been filed to date. For the reasons stated below, the defendant's bill of costs is granted in part.

A. <u>FEES FOR COURT REPORTER</u>: Defendant is entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, <u>Wahl v Carrier Mfg. Co., Inc.</u> 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendant submitted a claim for the court reporter's fees for the deposition

transcripts of the plaintiff held on January 28, 2002, in the amount of $643.75; September 30, 2002 in the amount of $645.00; February 23, 2004 in the amount of $596.75; July 22, 2004 in the amount of $810.00 and August 19, 2004 in the amount of $502.50. These claims are granted in part as follows: The claims for the court reporter's fees for the transcripts of the depositions held on September 30, 2002 in the amount of 645.00 and on July 22, 2004 in the amount of $810.00 are allowed; the claim for the court reporter's fees for the transcripts of the deposition held on January 28, 2002 is reduced to $623.75, the claim for the court reporter's fee for the transcripts of the deposition held on February 23, 2004 is reduced to $596.25; the claim for the court reporter's fee for the transcript of the deposition held on August 19, 2004 is reduced to $472.50.

Defendant submitted a claim for the court reporter's fee for the transcript of the deposition of Monica Reid held on July 3, 2003 in the amount of $352.50 which is allowed.

The total claim for court reporter's fees is allowed in the amount of $3500.00.

B. <u>FEES OF THE MARSHAL.</u>: Defendant submitted claims for the service of a deposition subpoena on Monica Reid in the amount of $41.44 and service of a subpoena for records used in support of their motion for summary judgment in the amount of $31.10 which are allowed.

C. <u>SUMMARY</u>: For the reasons previously stated, the defendant's bill of costs is allowed as follows:

| | |
|---|---|
| COURT REPORTER'S FEES | $3500.00 |
| FEES OF THE MARSHAL | 72.54 |
| TOTAL | $3572.54 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 7th day of October, 2005.

                                        KEVIN F. ROWE, CLERK

                                        BY:
                                              Lori Inferrera
                                              Deputy-in-Charge