UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD C. GORDON | : | CIVIL NO. 3:01CV1656(MRK) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | October 14, 2005 |

## MOTION FOR ORDER FORFEITING BOND

COME NOW the defendants and request that the Court issue an order consistent with its ruling on October 7, 2005 (Doc. # 118) that the plaintiff forfeit the $500.00 bond (Doc. # 39) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendants represent as follows:

1. Defendants' Motion for Summary Judgment was granted on July 29, 2005 (Doc. # 114) and Judgment was entered on August 2, 2005 (Doc. # 116).

2. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned matter, filed their motion for costs on September 7, 2005 (Doc. # 117).

3. The motion was granted in part and denied in part on October 7, 2005 (Doc. # 118) by the clerk in the amount of $3,572.54.

**WHEREFORE**, the defendants respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs of $3,572.54 that have been assessed in the above-captioned matter.

                                                DEFENDANTS

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:     _____
           Joseph A. Jordano
           Assistant Attorney General
           Federal Bar # ct21487
           55 Elm Street, P.O. Box 120
           Hartford, CT  06141-0120
           Tel:  (860) 808-5340
           Fax: (860) 808-5383
           E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Order Forfeiting Bond** was mailed, U.S. mail first class postage prepaid, this ____ day of October, 2005 to all counsel of record.

    Igor I. Sikorsky, Jr., Esq.
    P.O. Box 38
    Unionville, CT 06085

                                              _____
                                              Joseph A. Jordano
                                              Assistant Attorney General